**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000597
15-JAN-2020
08:21 AM**

NO. CAAP-19-0000597

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JONAH K. PA, Claimant-Appellee-Appellee, v.
MSYLVA TOWING, LLC, Employer-Appellee-Appellee, and AAA HAWAII,
LLC, Employer-Appellant-Appellee, and OLD REPUBLIC INSURANCE
COMPANY, Insurance Carrier-Appellant-Appellee, and FIRMS CLAIMS
SERVICES, Insurance Adjuster-Appellant-Appellee, and
SPECIAL COMPENSATION FUND, Appellee-Appellant

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2018-075; DCD NO. 2-17-06352)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation For Dismissal of Appeal (Stipulation), filed December 31, 2019, by Appellee-Appellant Special Compensation Fund, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and

(4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawai'i, January 15, 2020.


Chief Judge


Associate Judge


Associate Judge